# Court of Appeals
# of the State of Georgia

ATLANTA,___April 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14E0021. HARPO v. BOLT.**

On April 10, 2014, Wilhy Harpo filed an emergency motion that was related to an application for discretionary review that he had filed in this Court on April 4. The April 4th application was, in turn, related to a previous application for discretionary review that he had filed and that had been docketed in this Court on March 25 as Case No. A14D0296.

By separate order dated April 15, 2014, this Court has transferred Case No. A14D0296 to the State Court of Fulton County for disposition. That transfer has rendered Harpo's emergency motion MOOT. Therefore, it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/17/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*